No. 71–1535. Travelers Indemnity Co. v. Erickson's, Inc. C. A. 5th Cir. Certiorari denied.

No. 71–1540. Citizens Organized for the Preservation of Our Environment et al. v. Richfield Board of Zoning Appeals et al. Sup. Ct. Ohio. Certiorari denied.

No. 71–1551. Rosner v. Duchess Music Corp. et al. C. A. 9th Cir. Certiorari denied.

No. 71–1552. Hoover et al. v. Wyandotte Chemicals Corp. C. A. 5th Cir. Certiorari denied.

No. 71–1555. Johnston et ux. v. Byrd. Sup. Ct. Ala. Certiorari denied.

No. 71–1559. Baxter et al. v. Railway Express Agency, Inc., aka REA Express, et al. C. A. 6th Cir. Certiorari denied.

No. 71–1561. Heyman et al. v. Kline. C. A. 2d Cir. Certiorari denied.

No. 71–1564. Thompson v. Amis et al. Sup. Ct. Kan. Certiorari denied.

No. 71–1565. Raimondi v. United States. C. A. 1st Cir. Certiorari denied.

No. 71–1569. Singh v. Immigration and Naturalization Service et al. C. A. 9th Cir. Certiorari denied.

No. 71–1570. Hobbs v. Custom Finance Co. et al. C. A. 4th Cir. Certiorari denied.